## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **INVENTRUST PROPERTIES CORP. f/k/a INLAND AMERICAN REAL ESTATE TRUST, INC.,** )<br>)<br>)<br>) | |
| Plaintiffs, )<br>) | |
| *versus* ) | Case No. 16-cv-00342-TCK-TLW |
| ) | |
| **LEXINGTON INSURANCE COMPANY,** )<br>)<br>) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for the Plaintiff, InvenTrust Properties Corp. f/k/a Inland American Real Estate Trust, Inc., and hereby stipulates and agrees that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and states that a compromise settlement covering all claims has been made between and among the parties, with each party to bear its own attorney fees and costs.

Pursuant to the terms of the compromise settlement, Plaintiff requests the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

FOSHEE & YAFFE
Attorneys for Plaintiff


s/ J. Drew Houghton
J. DREW HOUGHTON, OBA#18080
P. O. Box 890550
Oklahoma City, OK  73189
Telephone: (405) 232-8080
Facsimile: (405) 601-1103
Email: dhoughton@fylaw.com

– and –

Andrew M. Plunkett
**Childress Duffy, Ltd.**
500 North Dearborn Street, Suite 1200
Chicago, Illinois 60654
Phone: (312) 494-0200
Fax: (312) 494-0202
aplunkett@childresslawyers.com

**ATTORNEYS FOR PLAINTIFF**